IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT RICHARDSON | § | |
| v. | § | CIVIL ACTION NO. 6:11cv54 |
| THOMAS MICHAEL REID, *et al.* | § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration, and a Stipulation of Dismissal having been filed, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED** with prejudice, each party bearing its own costs.

So **ORDERED** and **SIGNED** this 11 day of **November, 2011.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE